The People of the State of New York, Appellant, v. Gersham Smith, Respondent.— Judgment affirmed, with costs. All concurred.

David T. Lawless, Appellant, v. E. B. Van Wagner Manufacturing Company, Respondent.— Judgment affirmed, with costs. All concurred.

Edward M. Morris and Others, Appellants, v. William G. Henry and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Neponset National Bank, Appellant, v. Harris T. Dunbar and Another, as Executors, etc., Respondents.— Judgment and order reversed and judgment directed for the plaintiff for the amount of the notes, with interest, without costs. All concurred, except Robson, J., who dissented.

The People of the State of New York, Respondent, v. S. Benedict Whitlock, Appellant.— Judgment of conviction affirmed. All concurred, except Lambert, J., who dissented.

Ernest E. Sutton, Respondent, v. Frank Story, Appellant.— Judgment and order affirmed, with costs. All concurred.

Enidena Mariani, as Administratrix, etc., Appellant, v. New York Telephone Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

J. Frank Shepard, Respondent, v. The Pennsylvania Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

Antonio La Valle, an Infant, etc., Respondent, v. Hinckley Construction Company, Appellant.—Order affirmed, with costs. All concurred.

Horwood V. Jones, as Receiver of the Property of David Ballas, Respondent, v. George W. Lee, Appellant, and David Ballas, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Theodore Friedeberg, Respondent, v. Levi S. Chapman and Another, Appellants.— Judgment affirmed, with costs. All concurred.

James D. Armstrong, Appellant, v. Minetto-Meriden Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that the question of plaintiff's contributory negligence, as well as that of defendant's negligence, was for the jury.

Paul Nowak, Respondent, v. Delaney Forge and Iron Company, Appellant. — Judgment and order affirmed, with costs. All concurred.